Cause No.12-0317X

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT

2015 JAN -8 PM 3:17

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2015 JAN 8
DEBBIE AUTREY
Clerk

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | HARRISON COUNTY, TEXAS |
| | § | |
| CEDRIC HILL | § | 71ST JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Defendant Cedric Hill files this notice of appeal to the Sixth District Court of Appeals of the conviction and sentence in the above cause.

RESPECTFULLY SUBMITTED,

Cedric Hill
P.O. Drawer R
Marshall, Texas 75671

Cedric Hill, Pro Se

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing motion was delivered to the State on January 8, 2015 by hand delivery to the Harrison County District Attorney's Office, 200 W. Houston, Marshall, Texas 75670.